IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION

FILED IN OPEN COURT

JUN - 6 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 4:23cr35 |
| ) | |
| **JAMAR SHAHEEM BROWN** ) | |
| ) | |
| Defendant. ) | |

STATEMENT OF FACTS

Comes now the United States and offers to the court that had the above-styled matter proceeded to trial the United States would have proven the following facts beyond a reasonable doubt.

1. In 2021, Members of the investigative team began investigating a Drug Trafficking Organization that involved JAMAR SHAHEEM BROWN and an address on Goldsboro Drive, in Hampton, Virginia. On Thursday, October 13, 2022, members of the investigate team responded to the Goldsboro Drive address in reference to locating BROWN, who had outstanding arrest warrants from Newport News, Virginia and Hampton, Virginia. BROWN was wanted from Newport News, Virginia for a Felony Probation Violation and from Hampton, Virginia for Brandishing a Firearm and Possession of a Firearm by a Convicted Felon.

2. During surveillance, BROWN was observed leaving the Goldsboro Drive address. Members of the investigative team arrested BROWN. During a search incident to arrest, members of the investigative team located approximately $48,955.00 in United States Currency, a quantity of cocaine, a quantity of heroin, a quantity of crystalline methamphetamine, various prescription

pills, a quantity of "crack" cocaine, multiple cell phones, and a digital scale with suspected narcotics residue.

3. Members of the investigate team obtained and executed a state search warrant for the Goldsboro Drive address and BROWN's vehicle. Pursuant to these search warrants, the investigative team located additional quantities of cocaine, methamphetamine and marijuana, a kilogram press machine, mixing agents, cutting agents, packaging materials, and several digital scales with suspected narcotics residue. Additionally, a Glock Handgun, was located in the residence.

4. In a Post-Miranda Interview, BROWN admitted to selling marijuana, heroin, cocaine, and methamphetamine. Cocaine and methamphetamine are Schedule II narcotic controlled substances and marijuana, and heroin are Schedule I controlled substances. The parties agree that the defendant is responsible for a converted drug weight of more than 3000 kilograms and less than 10,000 kilograms. These events occurred in the Newport News Division of the Eastern District of Virginia and elsewhere.

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

Eric M. Hurt
Assistant United States Attorney
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
VA Bar # 35765

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, **JAMAR SHAHEEM BROWN** and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
**JAMAR SHAHEEM BROWN**

I am **JAMAR SHAHEEM BROWN's** attorney, and I have carefully reviewed the above Statement of Facts with the defendant. To my knowledge, the decision to stipulate to these facts is an informed and voluntary one.

_____
Suzanne Katchmar
Attorney for **JAMAR SHAHEEM BROWN**